Case of the Mayor, Aldermen, and Commonalty of the City of New-York, in the matter of enlarging and extending Harman Street, in the city of New-York. (*a*)

*EDWARDS* moved, that the report of the commissioners of estimate and assessment, in the matter enlarging and extending *Harman street,* be confirmed.

On motion to confirm the report of commissioners, appointed under the act relative to the city of New York, (2 N. R. L. 342, 408, 409. sess. 36. ch. 86 s.

(*a*) This, and the two following cases, were decided at the last term.

178.) for opening, enlarging, and extending streets, &c. *affidavits,* in opposition to the report, cannot be read, unless copies of them have been duly served on the commissioners, with the objections of the party, so that they may decide whether there is reason for altering their report. This court, sitting in review merely over the commissioners, cannot take into view facts not laid before them, previous to their final report.

*M'Coun*, contra, offered to read the affidavits of persons interested in property taken or assessed for the intended improvement, in opposition to the report.

*Edwards* objected to the reading of the affidavits, as copies of them had not been served on the commissioners.

*Per Curiam.* In cases arising under the act authorizing these proceedings, it has been the settled rule of the Court to require the affidavits to be first laid before the commissioners; as they are bound, in case objections are made to their report, to review it. They ought, therefore, to have the affidavits, that they may judge whether there is any reason for altering or amending their report. This Court, sitting in review over the decision of these commissioners, ought not to take into consideration facts which were not before the commissioners before they made their final report. The affidavits cannot be received.